UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAJKO LJUTICA

                Plaintiff,     :     NOTICE OF APPEARANCE

    - against -     :     07 Civ. 6129 (JSR)

ALBERTO R. GONZALES, et al.

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE, that Michael J. Garcia, United States Attorney for the Southern District of New York, hereby appears as counsel for defendant Alberto R. Gonzales, United States Attorney General, Department of Justice, in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:  New York, New York
         August 15, 2007

                                     MICHAEL J. GARCIA
                                     United States Attorney

                        By:    /s/_____
                             KRISTIN L. VASSALLO (KV-0918)
                             Assistant United States Attorney
                             86 Chambers Street, 3rd Floor
                             New York, New York 10007
                             Tel.:  (212) 637-2822
                             Fax : (212) 637-2730