**CERTIFICATE OF SERVICE**

      I, Kristin L. Vassallo, an Assistant United States Attorney for the Southern District of New York, hereby certify that on September 17, 2007, I caused a copy of the foregoing Answer to be served by Federal Express upon the following:

Walter Drobenko, Esq.
Drobenko & Associates, P.C.
Attorneys for Plaintiff
25-84 Steinway Street
Astoria, New York 11103

Dated:    New York, New York
              September 17, 2007

                                            /s/ Kristin L. Vassallo
                                          KRISTIN L. VASSALLO
                                          Assistant United States Attorney