**CERTIFICATE OF SERVICE**

      I, Kristin L. Vassallo, an Assistant United States Attorney for the Southern District of New York, hereby certify that on September 17, 2007, I caused a copy of the foregoing Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Local Rule 56.1 Statement, Declaration of Kristin L. Vassallo, and Notice of Motion to be served by Express Mail upon the following individual:

    Walter Drobenko, Esq.
    Drobenko & Associates, P.C.
    Attorneys for Plaintiff
    25-84 Steinway Street
    Astoria, New York 11103

Dated:   New York, New York
           September 17, 2007

                                          /s/ Kristin L. Vassallo
                                       KRISTIN L. VASSALLO
                                       Assistant United States Attorney