# EXHIBIT A

**U.S. Department of Justice**
Immigration and Naturalization Service (INS)

Application for Permanent Residence

OMB # 1115-0053

| DO NOT WRITE IN THIS BLOCK | | |
|---|---|---|
| Case ID# | Action Stamp | Fee Stamp |
| A# | | RECEIVED INFORMATION JUN 16 1988 |
| G-28 or Volag# | | Immigration and Naturalization Service New York, N.Y. |
| Section of Law | APPROVED IN DISTRICT DIRECTOR | Eligibility Under Sec. 245 |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 214(d), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA

Country Chargeable _____ NOV 03 1988

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____
Preference _____

## A. Reason for this application

I am applying for lawful permanent residence for the following reason: (check the box that applies)

1. ☒ An immigrant visa number is immediately available to me because:
   - ☐ A visa petition has already been approved for me (approval notice is attached)
   - ☒ A visa petition is being filed with this application
2. ☐ I entered as the fiance(e) of a U.S. citizen and married within 90 days (approval notice and marriage certificate are attached)
3. ☐ I am an asylee eligible for adjustment
4. ☐ Other: _____

## B. Information about you

**1. Name** (Family name in CAPS) (First) (Middle)
LJUTICA, Rajko

**2. Address** (Number and Street) (Apartment Number)
243 East 60th Street    Apt 4B

(Town or City) (State/Country) (ZIP/Postal Code)
New York.    NY    10022

**3. Place of Birth** (Town or City) (State/Country)
Bar    Yugoslavia

**4. Date of Birth** (Mo/Day/Yr)
10/12/57

**5. Sex**
☒ Male    ☐ Female

**6. Marital Status**
☒ Married    ☐ Single
☐ Widowed    ☐ Divorced

**7. Social Security Number**
NONE

**8. Alien Registration Number** (if any)
NONE

**9. Country of Citizenship**
Yugoslavia

**10. Have you ever applied for permanent resident status in the U.S.?**
☐ Yes    ☒ No
(If Yes, give the date and place of filing and final disposition)

**11. On what date did you last enter the U.S.?**
10/30/87

**12. Where did you last enter the U.S.?** (City and State)
New York, NY

**13. What means of travel did you use?** (Plane, car, etc.)
Airplane

**14. Were you inspected by a U.S. immigration officer?**
☒ Yes    ☐ No

**15. In what status did you last enter the U.S.?**
(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)
visitor B-2

**16. Give your name EXACTLY as it appears on your Arrival/Departure Record (Form I-94).**
LJUTICA, Rajko

**17. Arrival/Departure Record (I-94) Number**
2 7 2   4 4 7 8 0   0 0

**18. Visa Number**
000466

**19. At what Consulate was your nonimmigrant visa issued?**
Belgrade    Date (Mo/Day/Yr) 10/16/87

**20. Have you ever been married before?** ☐ Yes ☒ No

If Yes, (Names of prior husbands/wives)    (Country of citizenship)    (Date marriage ended)

**21. Has your husband/wife ever been married before?** ☐ Yes ☒ No

If Yes, (Names of prior husbands/wives)    (Country of citizenship)    (Date marriage ended)

| | | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| INITIAL RECEIPT | RESUBMITTED | Rec'd | Sent | Approved | Denied | Return |
| | | | | | | |

Form I-485 (Rev. 06-23-86) Y

| Name | Relationship | Place of Birth | Date of Birth | Country of Residence | Applying With You? |
|---|---|---|---|---|---|
| Jillian Ljutica | Wife | USA | 4/16/63 | USA | ☐ Yes ☒ No |
| Miroscau Ljutica | Brother | Yugoslavia | 9/7/55 | Yugoslavia | ☐ Yes ☒ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

**23. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in any other country or place, and your foreign military service** (If this does not apply, write "N/A")

A.  Navy - Yugoslav _____ 19 __81__ to 19 __82__
B.  _____ 19 _____ to 19 _____
C.  _____ 19 _____ to 19 _____
D.  _____ 19 _____ to 19 _____
E.  _____ 19 _____ to 19 _____
F.  _____ 19 _____ to 19 _____
G.  _____ 19 _____ to 19 _____

**24. Have you ever, in or outside the United States:**

a) knowingly committed any crime for which you have not been arrested?   ☒ Yes   ☒ No

b) been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic regulations?   ☐ Yes   ☐ No

c) been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?   ☐ Yes   ☐ No

If you answered Yes to (a), (b), or (c) give the following information about each incident:

| Date | Place (City) | (State/Country) | Nature of offense | Outcome of case, if any |
|---|---|---|---|---|
| 1) 4- 88 | NYC | | POSSESSION OF | DISMISSED |
| 2) | | | STOLEN PROPERTY | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |

**25. Have you ever received public assistance from any source, including the U.S. Government or any state, county, city or municipality?**

☐ Yes   ☒ No   (If Yes, explain, including the name(s) and Social Security number(s) you used.)

**26. Do any of the following relate to you?** (Answer Yes or No to each)

A. Have you been treated for a mental disorder, drug addiction, or alcoholism?   ☐ Yes   ☒ No

B. Have you engaged in, or do you intend to engage in any commercialized sexual activity?   ☐ Yes   ☒ No

C. Are you or have you at any time been an anarchist, or a member of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate?   ☐ Yes   ☒ No

D. Have you advocated or taught, by personal utterance, by written or printed matter, or through affiliation with an organization:

1) opposition to organized government   ☐ Yes   ☒ No

2) the overthrow of government by force or violence   ☐ Yes   ☒ No

3) the assaulting or killing of government officials because of their official character   ☐ Yes   ☒ No

4) the unlawful destruction of property   ☐ Yes   ☒ No

5) sabotage   ☐ Yes   ☒ No

6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States?   ☐ Yes   ☒ No

E. Have you engaged or do you intend to engage in prejudicial activities or unlawful activities of a subversive nature?   ☐ Yes   ☒ No

F. During the period beginning March 23, 1933, and ending May 8, 1945, did you order, incite, assist, or otherwise participate in persecuting any person because of race, religion, national origin, or political opinion, under the direction of, or in association with any of the following:

1) the Nazi government in Germany   ☐ Yes   ☒ No

2) any government in any area occupied by the military forces of the Nazi government in Germany   ☐ Yes   ☒ No

3) any government established with the assistance or cooperation of the Nazi government of Germany   ☐ Yes   ☒ No

4) any government that was an ally of the Nazi government of Germany   ☐ Yes   ☒ No

G. Have you been convicted of a violation of any law or regulation relating to narcotic drugs or marijuana, or have you been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes   ☒ No

H. Have you been ... certified ... mentally ... disorder the commission of ...      ☐ Yes   ☒ No

I. Have you applied for exemption or discharge from training or service in the Armed Forces of the United States
on the ground of alienage and have you been relieved or discharged from that training or service?      ☐ Yes   ☒ No

J. Are you mentally retarded, insane, or have you suffered one or more attacks of insanity?      ☐ Yes   ☒ No

K. Are you afflicted with psychopathic personality, sexual deviation, mental defect, narcotic drug addiction, chronic alcoholism,
or any dangerous contagious disease?      ☐ Yes   ☒ No

L. Do you have a physical defect, disease, or disability affecting your ability to earn a living?      ☐ Yes   ☒ No

M. Are you a pauper, professional beggar, or vagrant?      ☐ Yes   ☒ No

N. Are you likely to become a public charge?      ☐ Yes   ☒ No

O. Are you a polygamist or do you advocate polygamy?      ☐ Yes   ☒ No

P. Have you been excluded from the United States within the past year, or have you at any time been deported
from the United States, or have you at any time been removed from the United States at government expense?      ☐ Yes   ☒ No

Q. Have you procured or have you attempted to procure a visa by fraud or misrepresentation?      ☐ Yes   ☒ No

R. Are you a former exchange visitor who is subject to, but has not complied with, the two-year foreign residence requirement?      ☐ Yes   ☒ No

S. Are you a medical graduate coming principally to work as a member of the medical profession,
without passing Parts I and II of the National Board of Medical Examiners Examination (or an equivalent examination)?      ☐ Yes   ☒ No

T. Have you left the United States to avoid military service in time of war or national emergency?      ☐ Yes   ☒ No

U. Have you committed or have you been convicted of a crime involving moral turpitude?      ☐ Yes   ☒ No

**If you answered Yes to any question above, explain fully**   (Attach a continuation sheet if necessary):

27. ☐ **Completed Form G-325A (Biographic Information) is signed, dated and attached as part of this application.** Print or type so that all copies are legible.

☐ **Completed form G-325A (Biographic Information) is not attached** because applicant is under 14 or over 79 years of age.

**Penalties: You may, by law, be fined up to $10,000, imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this application.**

### Your Certification

I certify, under penalty of perjury under the laws of the United States of America, that the above information is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature _____   Date _____   Phone Number _____

### Signature of Person Preparing Form if Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

_____

Print Name)                (Address)                (Signature)                (Date)

G-28 ID Number _____

Volag Number _____

**Stop Here**

(Applicant is **not** to sign the application below until he or she appears before an officer of the Immigration and Naturalization Service for examination)

I LJUTICA RAJKO _____ swear (affirm) that I know the contents of this application that I am signing including the attached documents, that they are true to the best of my knowledge, and that corrections numbered ( ) to ( ) were made by me or at my request, and that I signed this application with my full, true name:

(Complete and true signature of applicant)

Signed and sworn to before me by the above-named applicant at _____ NYC _____ on 8  22  88
(Month)  (Day)  (Year)

(Signature and title of officer)   IE

# EXHIBIT B

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Memorandum of Creation of Record
of Lawful Permanent Residence

NOTICE TO CONDITIONAL RESIDENT ALIEN

DATE: 8-22-88    IE: _Kimoshin_

| | |
|---|---|
| Place | NYC |
| File No. | A29 512 918 |

272-44780 00

**Status as a lawful permanent resident of the United States is accorded:**

| Name | 534 E. 83rd AC #2D | | Sex 1 ☒ Male  2 ☐ Female | Date of Birth (Month/Day/Year) 10/12/57 |
|---|---|---|---|---|
| In Care Of | | | City of Birth Yugoslaiva | Country of Birth Yugoslavia |
| Street Address Apt. No. | Rajko LJUTICA  243 E. 60th St. Apt. 4B | | Country of Nationality Yugoslavia | Country of Last Residence Yugoslavia |
| City, State, Zip | New York, N.Y. 10022 | 1002R | | |

| Marital Status  1 ☐ Single  2 ☒ Married  3 ☐ Widowed  4 ☐ Divorced  5 ☐ Separated | Occupation UNR | N/I Class at time of Adj. B-2 | Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent) 87 |
|---|---|---|---|
| Priority Date (Month/Day/Year) NA | Preference (If any) CR-6 | Country to Which Chargeable (If any) NA | |

| Section 212 (a) (14)  1 ☐ Applicable-Submitted  3 ☒ Not Applicable | Mother's First Name Ksenja | Father's First Name Svetozar |
|---|---|---|
| Labor Certification | | |
| Last NIV Issued at (U.S. Consulate Post) Belgrade, Yugoslavia | Date of Issuance of Last NIV 10/16/87 | Number of Last NIV 000466 | Classification of Last NIV B-2 |

Under the following provision of law

| ☐ Public Law 95-412 | ☐ Sec. 209 (a) of the I & N Act | ☐ Sec. 249 of the I & N Act | ☐ Other law (Specify) |
|---|---|---|---|
| ☐ Public Law 96-212 | ☐ Sec. 209 (b) of the I & N Act | ☐ Sec. 1 of the Act of 11/2/66 | |
| ☐ Private Law No. _____ | ☐ Sec. 244 ( )( ) of the I & N Act | ☐ Sec. 13 of the Act of 9/11/57 | |
| of the ___ Congress ___ Session | ☒ Sec. 245 of the I & N Act | ☐ Sec. 214 (d) of the I & N Act | |

As of ___ May 9 1988 ___ at ___ NYC ___
(Month)  (Day)  (Year)         PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (Insert Symbol) _____ CR-6 _____

REMARKS

RECOMMENDED BY: (Immigration Officer) _____ (Date)

**APPROVED**
INS DISTRICT DIRECTOR

DATE OF ACTION    NOV 09 1988

DD    NYC T 0664

DISTRICT

**FOR USE BY VISA CONTROL OFFICE**

Date _____

Foreign State _____

Preference Category _____

Number _____

Month of Issuance _____

Signed _____
(Visa Office, Dept of State)

CC: Page 2 Master Index copy sent on ___ 6/29/88 ___
CC: Page 3 ADIT and Statistical report copy sent on ___ 11/10/88 A,G ___

Form I-181 (Rev.3-1-83) N          1. FILE COPY

# EXHIBIT C

SEP 17 1990

**Department of Justice**
gration and Naturalization Service

Joint Petition to Remove the Conditional
Basis of Alien's Permanent Resident Status

OMB# 1115-0145

| **Do not write in this block** |
|---|

ACTION STAMP

**APPROVED**
I.N.S DISTRICT DIRECTOR

FEB 21 1990

Recommended by:

| MIA | 1638 |

FEE STAMP

SRC9105500219

512 918

OLAG #

| | Receipt | Resubmitted | Relocated | | Completed | |
|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Ret | App | Den |

**...rmation About Conditional Permanent Resident**

...e (Family name in CAPS)    (First)    (Middle)
JULTICA    BAJAO    (NONE)

...her names used (including maiden name)
NONE

...SA#    4. Telephone #
...9 512918    NONE

...ddress (Number and Street)
...20 COLLINS AVENUE #117

...own or City)    (State/Country)    (ZIP/Postal Code)
...IAMI BEACH    FL    33140

...ve you resided at any other address since becoming a permanent
...sident? (If yes, attach a list of all addresses and dates).

☑ Yes    ☐ No

...te of Birth
OCTOBER 12, 1957

...ce of Birth    9. Country of Citizenship
...R, YUGOSLAVIA    YUGOSLAVIA

...ocial Security #
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

...urrent Employer (Name)
SELF EMPLOYED

...ployer's Address (Number and Street)
7720 COLLINS AVE

...own or City)    (State/Country)    (ZIP/Postal Code)
...IAMI BEACH    FL    33140

...ployer's Telephone #

...b Title
OWNER

...upervisor's Name
NONE

...upervisor's Telephone #
NONE

...ve you been employed anywhere else since becoming a conditional
...rmanent resident? (If yes, attach a list including all information
...quested in items 9 through 14 for each.)

☐ Yes    ☑ No

**B. Information About Petitioning Spouse**

1. Name (Family name in CAPS)    (First)    (Middle)
LJLTICA    Jillian    Jannelle

2. Other names used (including maiden name)
NUTTBROCK    Jillian Jannelle

3. INS A #    4. Telephone #
NONE    NONE

4. Address (Number and Street)
3720 COLLINS AVENUE #117

(Town or City)    (State/Country)    (ZIP/Postal Code)
MIAMI BEACH    FL    33140

5. Have you resided at any other address since your spouse became a
permanent resident? (If yes, attach a list of all addresses and dates).

☑ Yes    ☐ No

6. Date of Birth    APRIL 16, 1963

7. Place of Birth    9. Country of Citizenship
De Smet, SD    USA

10. Social Security #
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

11. Current Employer (Name)
NONE    HOUSEWIFE

12. Employer's Address (Number and Street)
NONE

(Town or City)    (State/Country)    (ZIP/Postal Code)
NONE

13. Employer's Telephone #
NONE

14. Job Title
NONE

15. Supervisor's Name
NONE

16. Supervisor's Telephone #
NONE

17. Have you been employed anywhere else since your spouse became a
conditional permanent resident? (If yes, attach a list including all
information requested in items 9 through 14 for each.)

☑ Yes    ☐ No

...-751 (4/15/88)

| 1. | Date of Marriage | | | Place of Marriage | | |
|----|------------------|--|--|-------------------|--|--|
| | *June 8, 1988* | | | *NEW YORK, NY* | | |

| 3. | Is this the same marriage through which conditional resident status was obtained? | ☑ Yes | ☐ No |
|----|---|---|---|

| 4. | Has the marriage through which conditional residence was obtained ever been annulled or judicially terminated? (If yes, attach a statement of explanation and a copy of the relevant decree.) | ☐ Yes | ☑ No |
|----|---|---|---|

| 5. | Was a fee paid to anyone other than an attorney in connection with the filing of the petition through which status was obtained, or in connection with this petition? (If yes, attach a statement of explanation.) | ☐ Yes | ☑ No |
|----|---|---|---|

6. Children (Indicate in "Parent(s)" column "H" if child of husband, "W" if child of wife, or "B" if child of both.)Attach an additional sheet if there are more than six children.

| Name | Date of Birth | Place of Birth | INS File Number | Parent(s) H/W/B | Address of Child |
|------|---------------|----------------|-----------------|-----------------|------------------|
| *Andree Svetozar Lyutita* | *11-1-89* | *NYC, NY* | *NONE* | *B* | *3720 Collins Ave m Miami Beach, FL 33140* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Warning:

The INS investigates information claimed on petitions and verifies the authenticity of documents.  The INS seek criminal prosecutions when information or documents are falsified to obtain benefits.

### Documentation:

All supporting documentation must be submitted in accordance with parts A., B., and C., Item number 6, in the instructions of this form.

### Penalties:

. You may, by law, be fined up to $250,000 or imprisoned up to five years, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. Furthermore, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

---

D. Certification of Information and Authorization for Release of Information.

**Your certification** (*must be signed in ink by both conditional permanent resident and petitioning spouse*):

We certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that the marriage described above was entered into in accordance with the laws of the place where the marriage took place and not for the purpose of procuring the conditional permanent resident's entry as an immigrant. Furthermore, we authorize the release of any information from either or both of our records which the Immigration and Naturalization Service needs to determine eligibility for the benefit being sought.

| | | | |
|--|--|--|--|
| *[signature]* | *9.17.90* | *[signature]* | *9-17-90* |
| Signature of Conditional Permanent Resident | Date | Signature of Petitioning Spouse | Date |

### Signature of Person Preparing Form, if Other than Above:

I declare that I prepared this document at the request of the persons above and that it is based on all information of which I have any knowledge.

| | | |
|--|--|--|
| | | |
| Signature of Preparer | Date | Print Name and Address |

Form I-751 (04/15/88)

☆U.S. GPO: 1989—241-708

# EXHIBIT D

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

NOTICE OF REMOVAL OF CONDITIONAL BASIS
OF LAWFUL PERMANENT RESIDENCE

FILE NUMBER: 29512918

R LJUTICA 516 15 ST #17
~~5720 COLLINS AVE #117~~
MIAMI BEACH          FL ~~33140~~
                        33139

DATE OF DECISION: 02/22/91

NEW CLASSIFICATION
SYMBOL: IR6

ADMISSION DATE: 11/09/88

EASE BE ADVISED THAT THE JOINT PETITION TO REMOVE THE CONDITIONAL BASIS
ALIEN'S PERMANENT RESIDENT STATUS/APPLICATION FOR WAIVER OF REQUIREMENT
FILE JOINT PETITION FOR REMOVAL OF CONDITIONS WHICH YOU FILED HAS BEEN
PROVED. YOU ARE DEEMED TO BE A LAWFUL PERMANENT RESIDENT OF THE UNITED
ATES AS OF THE DATE OF YOUR ORIGINAL ADMISSION OR ADJUSTMENT OF STATUS.


I WILL RECEIVE YOUR NEW ALIEN REGISTRATION RECEIPT CARD (FORM I-551)
RECTLY FROM THE IMMIGRATION CARD FACILITY BY MAIL AT THE ADDRESS INDICATED
VE. YOU SHOULD NOT TRAVEL OUTSIDE THE UNITED STATES BEFORE RECEIVING YOUR
J CARD UNLESS YOU HAVE RECEIVED A PASSPORT ENDORSEMENT FROM THIS SERVICE
DICATING THAT YOUR NEW CARD IS BEING PROCESSED.




SINCERELY,




RICHARD B SMITH
DISTRICT DIRECTOR

# EXHIBIT E



# CERTIFICATION OF CRIMINAL DISPOSITION

## Certified Copy of Criminal Docket Entries

### The attached is a true copy of the docket entries for:

**Case Number:** ___91-CR-1029-2 (SWK)___

**Defendant's Name:** ___RAJKO LJUTICA___

*A TRUE COPY OF THE DOCKET ENTRIES*
*DATED: NEW YORK, N.Y.*

___MARCH 13, 2000___

*JAMES M. PARKISON*
*Clerk of Court*

by: *[signature]*
**Deputy Clerk**

                                                    CLOSED
                        U.S. District Court
        Southern District of New York - Civil Database (Foley Square)

              CRIMINAL DOCKET FOR CASE #: 91-CR-1029-2

USA v. Nuttbrock, et al
Case Assigned to: Judge Shirley Wohl Kram              Filed: 12/23/91
Dkt# in other court: None

RAJKO LJUTICA                     Marvyn Kornberg
        defendant                 [term  12/17/93]
    [term  12/17/93]              [COR LD NTC]
                                  125-10 Queens Blvd
                                  Kew Gardens, NY 11415
                                  718-261-4400

Pending Counts:                          Disposition

18:1344 BANK FRAUD                The deft is committed to the
(2)                               custody of the U.S Bureau of
                                  Prisons to be imprisoned for a
                                  term of 16 months. Upon
                                  release from imprisonment, the
                                  deft shall be on supervised
                                  release for a term of 2 years.
                                  (2)

Offense Level (opening): 4


Terminated Counts:                       Disposition

18:371 Conspiracy to Commit       Dismissed as per memorandum
Bank Fraud.                       endorsed on this date. Doc #11
(1)                               (1)


Offense Level (disposition): 4



Complaints                             Disposition

Complaint filed



U. S. Attorneys:

  NONE

Docket as of March 13, 2000 9:30 am                  Page 1

```
Proceedings include all events.
1:91cr1029-2 USA v. Nuttbrock, et al                    CLOSED
```

11/26/91  3       Arrest WARRANT issued as to Rajko Ljutica (rg)
                  [Entry date 02/19/92]

11/26/91  12      COMPLAINT as to Jillian Nuttbrock, Rajko Ljutica Jillian
                  Nuttbrock (1) count(s) cmp, Rajko Ljutica (2) count(s) cmp
                  ( signed by Magistrate Judge Sharon Grubin ) (dd)
                  [Entry date 07/13/92]

11/26/91  2       ORDER for Issuance of Arrest Warrant as to Jillian
                  Nuttbrock, Rajko Ljutica  ( Signed by Magistrate Judge
                  Sharon Grubin ) (dd) [Entry date 07/13/92]

12/23/91  4       INDICTMENT as to Rajko Ljutica (2) count(s) 1, 2 (rg)
                  [Entry date 02/19/92]

12/23/91  --      by Jillian Nuttbrock, Rajko Ljutica Filed Indictment 91 CR
                  1029 (dd) [Entry date 07/13/92]

1/16/92   --      CASE  to Judge Shirley W. Kram (rg) [Entry date 02/19/92]

1/16/92   --      First Appearance as to Rajko Ljutica  held. Deft. Rajko
                  Ljutica pres. assigned CJA Atty Barry Fallick(not pres).
                  Deft. cont'd rel. on $25,000 PRB and COS as set in FLA.
                  Case assigned to Judge Kram. (rg) [Entry date 02/20/92]

1/16/92   --      Arraignment as to Rajko Ljutica  held Rajko Ljutica (2)
                  count(s) 1, 2 before  Magistrate Judge Sharon E. Grubin (rg)
                  [Entry date 02/20/92]

1/16/92   --      PLEA entered by Rajko Ljutica . Court accepts plea. Not
                  Guilty: Rajko Ljutica (2) count(s) 1, 2  (Terminated
                  motions - ) (rg) [Entry date 02/20/92]

1/16/92   --      CASE  to Judge Shirley W. Kram (rg) [Entry date 02/20/92]

1/29/92   --      Defts not pres. Conference set for 2/14/92. Time excluded.
                  (rg) [Entry date 02/20/92]

2/14/92   --      Pre-trial conference  as to Jillian Nuttbrock, Rajko
                  Ljutica  held.  Deft's appearance waed, atty's present.
                  Next conf date 3/18/92 (md) [Entry date 05/14/92]

5/7/92    5       ORDER as to Jillian Nuttbrock, Rajko Ljutica.  That the
                  U.S. Marhsal for the S.D.N.Y. furnish defts with funds to
                  cover the costs of air & transportation from Miami Beach,
                  Florida, to the U.S. Courthouse, District of New York,
                  where they will be attending a pretrial conference before
                  Judge Kram on 5/13/92@2:00...the aforesaid expenses shall
                  be paid by the U.S. Marhsal for the S.D. of Florida. (
                  Signed by Judge Shirley W. Kram ); Copies mailed. (md)
                  [Entry date 05/07/92]

Proceedings include all events.
1:91cr1029-2 USA v. Nuttbrock, et al

CLOSED

5/7/92    6    ORDER as to Jillian Nuttbrock, Rajko Ljutica.  That the
               U.S. Marhsal furnish defts with funds to coer the costs of
               air & transportation from the U.S. Courthouse, Dist. of
               N.Y.. where they will be attending a pretrial conf. before
               Judge Kram on 5/13/92@2:00 to Miami Beach, Florida, and
               that the aforesaid expenses shall be paid by the U.S.
               Marshal for the S.D.N.Y. ( Signed by Judge Shirley W. Kram
               ); Copies mailed. (md) [Entry date 05/07/92]

5/13/92   --   Pre-trial conference  as to Jillian Nuttbrock, Rajko
               Ljutica' held.  Defts & atty's present.  Deft Ljutica
               wishes to be assigned new counsel.  Next PTC 6/10/92, time
               excluded. (md) [Entry date 05/14/92]

5/13/92   --   Pre-trial conference  as to Jillian Nuttbrock, Rajko
               Ljutica  set at 6/10/92 for Jillian Nuttbrock, for Rajko
               Ljutica (md) [Entry date 05/14/92]

5/28/92   7    ORDER as to Jillian Nuttbrock, Rajko Ljutica...that the
               time period from May 13, 1992 through and including June
               10, 1992, be...excluded from the computation required by
               the Speedy Trial Act pursuant to 18 U.S.C.
               3161(h)(8),....So Ordered: ( Signed by Judge Shirley W.
               Kram ); Copies mailed. (ys) [Entry date 05/29/92]

6/8/92    8    CJA 20 as to Rajko Ljutica : Appointment of Attorney Marvyn
               Kornberg ( Signed by Judge Shirley W. Kram ) (jh)
               [Entry date 06/09/92]

6/8/92    9    ORDER as to Jillian Nuttbrock, Rajko Ljutica, The U.S.
               Marshal for the SDNY furnish defts and their son Andree
               Ljutica with funds to cover tavel expenses, including the
               costs of air and groung transportation from the US
               Courthouse, SDNY where they will be attending a meeting
               with their attorneys on 6/9/92 at 2:00 and a pretrial conf.
               before Judge Kram on 6/10/92 to 4044 Meridian Ave #3D Miami
               Beach Fl where they reside etc. ( Signed by Judge Shirley
               W. Kram ); Copies mailed. (jh) [Entry date 06/09/92]

6/8/92    10   ORDER as to Jillian Nuttbrock, Rajko Ljutica, the US
               Marshal for the  Florida funrishj deft and their  son
               Andress Ljutica with funds to cover travel expenses
               including the costs of air and ground transportation from
               4044 Meridian Ave #3D Miami Beach F. where they reside to
               the U.S.  Courthouse southern Dist. of NY etc ( Signed by
               Judge Shirley W. Kram ); Copies mailed. (jh)
               [Entry date 06/09/92]

6/10/92   --   Pre-trial conference  as to Jillian Nuttbrock, Rajko
               Ljutica  held. Deft Nuttbrock pres w/atty Parson, LA Deft
               wish to seek retain counsel. Deft Ljutica pres w/atty
               Kornberg CJA. CJA atty beinf relieved, new counsel to be
               assigned. Next conf date 7/22/92. Time excluded (Judge
               Kram) (jh) [Entry date 06/11/92]

Proceedings include all events.
1:91cr1029-2 USA v. Nuttbrock, et al

CLOSED

6/10/92  --     Pre-trial conference as to Jillian Nuttbrock, Rajko
                Ljutica set at 7/22/92 for Jillian Nuttbrock, for Rajko
                Ljutica (jh) [Entry date 06/11/92]

6/18/92  11     CJA 20 as to Rajko Ljutica  Authorization to Pay ( Signed
                by Judge Shirley W. Kram ) (md) [Entry date 06/18/92]

7/28/92  3      ORDER as to Jillian Nuttbrock, Rajko Ljutica.  That the US
                Marshal for the SDN↓ furnih Jillian Nuttbrock, Rajko
                Ljutica and their son Andreee Ljutica with funds to cover
                travel excpnses, including the costs of air and ground
                transportation from the US Courthouse where they will be
                attending a PTC before the Honorable Judge Kram on Wed.
                7/29/92@2:00, the expenses shall be paid by the US Marshal
                for the SDNY. ( Signed by Judge Shirley W. Kram ); Copies
                mailed. (md) [Entry date 07/28/92]

7/28/92  4      ORDER as to Jillian Nuttbrock, Rajko Ljutica.  That the US
                Mrashal of the FDNY furnish Jullian Nuttbrock and Rajko
                Ljutica with funds to cover the cost of hotel expenses for
                their stay in NY on 6/9/92 to allow for their meeting with
                their attys and their attendance at a PTC before Judge Kram
                on 6/10/92@2:00 and that the expenses shall be paid by the
                US Marshal for the SDNY. ( Signed by Judge Shirley W. Kram
                ); Copies mailed. (md) [Entry date 07/28/92]

7/28/92  5      ORDER as to Jillian Nuttbrock, Rajko Ljutica.  The the US
                Marshal for the Southern District of Florida furnish
                Jillian Nuttbrock, Rajko Ljutica and their son, Andree
                Ljutica with funds to cover travel expenses including the
                costs of air and ground transportation from Miami Beach,
                Florida to the US Courthouse >D>SDDSiSiiiiiiiiiikdkdkdkdkdk
                ( Signed by Judge Shirley W. Kram ); Copies mailed. (md)
                [Entry date 07/28/92]

/29/92  --      Pre-trial conference as to Jillian Nuttbrock, Rajko
                Ljutica held.  Defts pres w/atty's.  Next conf set for
                9/23/92, time excluded.  Both defts have legal aid counsel
                but wish to seek retained counsel. (md)
                [Entry date 07/30/92]

29/92  --       Pre-trial conference as to Jillian Nuttbrock, Rajko
                Ljutica set at 9/23/92 for Jillian Nuttbrock, for Rajko
                Ljutica (md) [Entry date 07/30/92]

18/92  6        ORDER as to Jillian Nuttbrock, Rajko Ljutica, that the US
                Marshal for the S.D. of Florida furnish Jillian Nuttbrock,
                Rajko Ljutica and their son, Andree Ljutica, with funds to
                cover travel expenses including the costs of air and ground
                transportation from 4044 Meridian Ave, Miami Beach,
                Florida, where they reside, to the US Courthouse, SDNY,
                etc. and expenses shall be paid by the US Marshal for the
                SDNY ( Signed by Judge Shirley W. Kram ); Copies mailed. (md)

```
Proceedings include all events.
1:91cr1029-2 USA v. Nuttbrock, et al                        CLOSED
```

                        [Entry date 09/18/92]

9/18/92   7      ORDER as to Jillian Nuttbrock, Rajko Ljutica, that the US
                 Marshal for the SDNY furnish deft and their son Andreee
                 Ljutica with funds to cover travel expenses, including the
                 costs of air and ground transportation from the US
                 Courthouse, SDNY where they will be attending a pretrial
                 conf. before Judge Kram on Wednesday 9/23/92 at 2:00 to
                 4044 Meridian Ave, Miami Beach, Florida and that the
                 aforesaid expenses shall be paid by the US Marshal for the
                 SDNY. ( `Signed by Judge Shirley W. Kram ); Copies mailed.
                 (md) [Entry date 09/21/92]

10/6/92   8      Filed Memo-Endorsement on as to Rajko Ljutica, to Continue
                 in Interests of Justice ( Signed by Judge Shirley W. Kram
                 ); Copies mailed. (jh) [Entry date 10/09/92]

10/28/92  --     Status conference as to Jillian Nuttbrock, Rajko Ljutica
                 held deft. not present.  AUSA John Coffey and Atty Inga
                 Parsons present.  Trial sset for 2.15.93 t/e... (gb)
                 [Entry date 10/29/92]

10/28/92  --     Jury trial as to Jillian Nuttbrock, Rajko Ljutica  set at
                 2/15/93 for Jillian Nuttbrock, for Rajko Ljutica (gb)
                 [Entry date 10/29/92]

3/3/93    9      Filed Memo-Endorsement on letter by John P. Coffey, dtd
                 3/1/93, to Judge Kram re:...as to Jillian Nuttbrock, Rajko
                 Ljutica, Excludabe time to Continue in Interests of
                 Justice from 3/2/93 to 6/7/93. So Ordered: ( Signed by
                 Judge Shirley W. Kram ); Copies mailed. (ys)
                 [Entry date 03/08/93]

5/26/93   --     Change of Plea Hearing as to Jillian Nuttbrock, Rajko
                 Ljutica  held. Deft Nuttbrock prs w/atty Inga Parsosn. Deft
                 Ljutica pres w/atty David Schmidt. AUSA Sean Coffey pres.
                 Defts change plea of not guilty to guilty. Plead guilty to
                 count 2 of indictment. PSI ordered as to both defts.
                 Sentencing for deft Nuttbrock 10/20/93, Deft Ljutica to be
                 sentenced on 9/22/93. Defts cont'd released on bail. (Judge
                 Kram) (jh) [Entry date 06/01/93]

5/26/93   --     Change of Not Guilty Plea to Guilty Plea by Jillian
                 Nuttbrock, Rajko Ljutica  Jillian Nuttbrock (1) count(s) 2,
                 Rajko Ljutica (2) count(s) 2 (jh) [Entry date 06/01/93]

5/26/93   --     PLEA entered by Jillian Nuttbrock, Rajko Ljutica . Court
                 accepts plea. Guilty: Jillian Nuttbrock (1) count(s) 2,
                 Rajko Ljutica (2) count(s) 2  (Terminated motions - ) (jh)
                 [Entry date 06/01/93]

Proceedings include all events.
1:91cr1029-2 USA v. Nuttbrock, et al                    CLOSED

5/26/93   --      ORAL ORDER  as to Jillian Nuttbrock, Rajko Ljutica ,
                  court orders PSI Report,  set Sentencing for 9/22/93 for
                  Rajko Ljutica,  set Sentencing for 10/20/93 for Jillian
                  Nuttbrock  ( Entered by Judge Shirley W. Kram ) (jh)
                  [Entry date 06/01/93]

12/1/93   10      Filed Memo-Endorsement on letter as to Rajko Ljutica, to
                  adjourn sentencing for 6 weeks, application denied.S (
                  Signed by Judge Shirley W. Kram ); Copies mailed. (jh)
                  [Entry date 12/02/93]

12/16/93  --      Sentencing  held  Rajko Ljutica (2) count(s) 2. Deft pres
                  w/atty David Schmidt and AUSA Sean Coffey. (jh)
                  [Entry date 12/28/93]

12/17/93  12      JUDGMENT Rajko Ljutica (2) count(s) 2.  The deft is
                  committed to the custody of the U.S Bureau of Prisons to be
                  imprisoned for a term of 16 months. Upon release from
                  imprisonment, the deft shall be on supervised release for a
                  term of 2 years.  It is ordered that the deft shall pay a
                  special assessment of $50.00 for count 2 which shall be due
                  immediately. ; Judgment and Commitment issued to U.S.
                  Marshal ( Signed by Judge Shirley W. Kram ) (jh)
                  [Entry date 01/03/94]

12/23/93  11      Filed Memo-Endorsement on letter from Govt as to Rajko
                  Ljutica, dismissing count one of the indictment. ( Signed
                  by Judge Shirley W. Kram ); Copies mailed. (jh)
                  [Entry date 12/28/93]

12/23/93  --      DISMISSAL of Count(s) on Government Motion as to Rajko
                  Ljutica    Terminated motions:  Counts Dismissed: Rajko
                  Ljutica (2) count(s) 1 (jh) [Entry date 12/28/93]

12/30/93  --      Docketed as a Judgment #93,2914 on 12/30/93. (rg)
                  [Entry date 01/06/94]

```
Proceedings include all events.
1:91cr1029-2 USA v. Nuttbrock, et al                          CLOSED

7/11/95   19     TRANSCRIPT of record of proceedings as to Jillian
                 Nuttbrock, Rajko Ljutica  for dates of May 26, 1993. (dd)
                 [Entry date 07/11/95]
```

Certified as a true copy
this date 3-13-00
By _____ ( ) Clerk

I O 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

37719-004

Certified as a true cop
This Date: 12-1
By K Lana
( ) Clerk
(✓) Deputy

# United States District Court

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

v.

RAJKO LJUTICA

(Name of Defendant)

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 19

Case Number: 91-01029-02 (SWK)

DAVID SCHMIDT

Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to count(s) 2
☐ was found guilty on count(s) _____ afte
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1344 & 2 | BANK FRAUD (CLASS C FELONY) | 4/18/90 – 4/26/90 | 2 |

The defendant is sentenced as provided in pages 2 through _____4_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
☒ Count(s) 1 _____ (is)(are) dismissed on the motion of the United State
☐ It is ordered that the defendant shall pay a special assessment of $ 50.00 , for count(s 2 _____, which shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 10/12/57

Defendant's Mailing Address:

345 MICHIGAN AVENUE, ABT 24

MIAMI BEACH, FLORIDA 33140

Defendant's Residence Address:

SAME AS ABOVE

DECEMBER 16, 1993

Date of Imposition of Sentence

Signature of Judicial Officer

SHIRLEY WOHL KRAM, U.S.D.J.

Name & Title of Judicial Officer

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: RAJKO LJUTICA                                    Judgment—Page  2  of  4
Case Number: 91-01029-02 (SWK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __16 MONTHS__

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States marshal.
☒ The defendant shall surrender to the United States marshal for this district,
  ☒ at __10__ ⓐ.m. on __JANUARY 3, 1994__
      p.m. on
  ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States marshal.
  ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __1/26/94__ to __FCI Pet.__ _____ at

_____, with a certified copy of this judgment.

1-20-94
Del To USP Lewisburg
D. Kinch L.                                        United States Marshal

(Rev. 4/90) Sheet 3 - Supervised Release

Defendant: RAJKO LJUTICA
Case Number: 91-01029-02 (SWK)

Judgment—Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____
TWO (2) YEARS

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐  The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐  The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

☐  The defendant shall not possess a firearm or destructive device.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90) Sheet 7 - Statement of Reasons

RAJKO LJUTICA

Defendant:                                        Judgment · Page    4
Case Number: 91-01029-02 (SWK)

## STATEMENT OF REASONS

X☒  The court adopts the factual findings and guideline application in the presentence report.

### OR

☐  The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: ____ to ____ years

Fine Range: $ _____ to $ _____

  ☐ Fine is waived or is below the guideline range, because of the defendant's inability to pay

Restitution: $ _____

  ☐ Full restitution is not ordered for the following reason(s):

☐  The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

### OR

☐  The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

### OR

The sentence departs from the guideline range

  ☐ upon motion of the government, as a result of defendant's substantial assistance.

  ☐ for the following reason(s):

AO 245 S (Rev. 4/90) Sheet 7 - Statement of Reasons

RAJKO LJUTICA

Defendant:
Case Number: 91-01029-02 (SWK)

Judgment—Page    4

## STATEMENT OF REASONS

[XX] The court adopts the factual findings and guideline application in the presentence report.

### OR

[ ] The court adopts the factual findings and guideline application in the presentence report except
(see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: ____ to ____ years

Fine Range: $ _____ to $ _____

    [ ] Fine is waived or is below the guideline range, because of the defendant's inability to pay

Restitution: $ _____

    [ ] Full restitution is not ordered for the following reason(s):

[ ] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no
reason to depart from the sentence called for by application of the guidelines.

### OR

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed
for the following reason(s):

### OR

The sentence departs from the guideline range

    [ ] upon motion of the government, as a result of defendant's substantial assistance.

    [ ] for the following reason(s):