# Exhibit J

U.S. DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of: RAJKO LJUTICA

Case No.: A 29 512 918

Docket: NEW YORK

RESPONDENT IN DEPORTATION PROCEEDINGS

# ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 29 APRIL 1996. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision will become the official decision in this matter.

- [ ] The respondent was ordered deported to ________.
- [ ] Respondent's application for voluntary departure was denied and respondent was ordered deported to ________ or in the alternative to ________.
- [ ] Respondent's application for voluntary departure was granted until ________, with an alternate order of deportation to ________ or ________.
- [x] Respondent's application for asylum was ( )granted (X)denied ( )withdrawn ( )other.
- [x] Respondent's application for withholding of deportation was ( )granted (X)denied ( )withdrawn ( )other.
- [ ] Respondent's application for suspension of deportation was ( )granted ( )denied ( )withdrawn ( )other.
- [x] Respondent's application for waiver under Section 212 (c) of the Immigration and Nationality Act was (X)granted ( )denied ( )withdrawn ( )other.
- [ ] Respondent's application for ________ was ( )granted ( )denied ( )withdrawn ( )other.
- [x] Proceedings were terminated.
- [ ] The application for adjustment of status under Section (216) (216A) (245) (249) was ( )granted ( )denied ( )withdrawn ( )other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
- [ ] Respondent's status was rescinded under Section 246.
- [ ] Other ________
- [ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

[signature]
Immigration Judge MATTHEW T. ADRIAN

Date: 29 APRIL 1996

Appeal: RESERVED/WAIVED ( A / I / B )

Form EOIR - 37
REV. - JUNE 93

# Exhibit K

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-00
Application for Naturalization

## START HERE - Please Type or Print

FOR INS USE

### Part 1. Information about you.

| | |
|---|---|
| Family Name | LJUTICA |
| Given Name | RAJKO |
| Middle Initial | |
| U.S. Mailing Address - Care of | |
| Street Number and Name | ~~1572 LEXINGTON AV.~~ 130 Malcolm X Blvd |
| Apt. # | ~~1A~~ #705 |
| City | MANHATTAN |
| County | NEW YORK |
| State | NEW YORK |
| ZIP Code | 10029 |
| Date of Birth (month/day/year) | 10-12-1957 |
| Country of Birth | MONTENEGRO-BAR YUGOSLAVIA |
| Social Security # | 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 |
| A # | 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 |

### Part 2. Basis for Eligibility (check one).

a. [x] I have been a permanent resident for at least five (5) years.

b. [ ] I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. [ ] I am a permanent resident child of United States citizen parent(s).

d. [ ] I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

e. [ ] Other. (Please specify section of law) ____________

### Part 3. Additional information about you.

| | |
|---|---|
| Date you became a permanent resident (month/day/year) | 11-09-88 |
| Port admitted with an immigrant visa or INS Office where granted adjustment of status. | 26 FEDERAL pl. NEW YORK CITY |
| Citizenship | YUGOSLAVIAN |
| Name on alien registration card (if different than in Part 1) | |
| Other names used since you became a permanent resident (including maiden name) | |
| Sex | [x] Male [ ] Female |
| Height | 6' 2" |
| Marital Status | [ ] Single [ ] Married [x] Divorced [ ] Widowed |

Can you speak, read and write English? [ ] No [x] Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? [ ] No [x] Yes.

If you answered **"Yes"**, complete the following, Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 06-06-98 | 07-23-98 | [ ] Yes [x] No | YUGOSLAVIA | VISITING MY MOTHER |
| 05-05-90 | 08-05-90 | [ ] Yes [x] No | YUGOSLAVIA | VISIT MY PARENTS |
| 8-22-98 | 8-30-98 | [ ] Yes [x] No | MEXICO | VACATION |
| 07-08-89 | 08-10-89 | [ ] Yes [x] No | YUGOSLAVIA | VISIT MY PARENTS |
| Dec. 15-99 | JAN-10-2000 | [ ] Yes [x] No | YUGOSLAVIA | VISIT my MOTHER |
| | | [ ] Yes [ ] No | | |

Form N-400 (Rev. 07/17/91)N

Continued on back.

FOR INS USE (side column):

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

120

[ ] Applicant Interviewed

10/27/98 ESC*000112992

ESC$000098312

RECEIVED CENTER DIRECTOR
98 OCT 23 PM 8:30
ST ALBANS, VT
INS/VSC
VTC0547-0001
115

At interview
[ ] request naturalization ceremony at court

Remarks

AGG. FELON!

Action

Denied JP 10/9/01

RM 8/24

To Be Completed by *Attorney or Representative*, if any

[ ] Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4. Information about your residences and employment.

List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 1572 LEXINGTON AV. # 1A NY, NY, 10029 | 08-18-98 | PRESENT |
| 500 WEST 43RD STREET # 6A NY NY 10036 | 07-16-97 | 08-18-98 |
| 22-33 24TH ST # 1 ASTORIA, NY 11105 | 08-16-96 | 9-16-97 |
| 160 B 117 ST. ROCKAWAY PARK, NY, 11394 | 13.03.95 | 08.16.96 |

List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address (Street Name and Number - City, State and ZIP Code) | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| Surrey Limo | Crescent, 40 ST LONG ISLAND CITY, NY | 8-99 | present | |
| ROAD "LIMOUSINE INC | 534 E 119st NY, NY - 10037 | sept 1.98 | PRESENT | DRIVER |
| SMITH "LIMOUSINE | 636 W 47TH ST NY, NY 10036 | oct-23-97 | June 22-98 | DRIVER |
| BERMUDA LIMOUSINE | 537 W 20TH ST NY, NY 10011 | dec. 11. 96 | oct. 23. 97 | DRIVER |
| SHORE CAR SERVICE | 216 B 116TH ST. ROCKAWAY PARK 11394 | APR. 4. 95 | Aug. 8-96 | DRIVER |

## Part 5. Information about your marital history.

Total number of times you have been married 1. If you are now married, complete the following regarding your husband or wife.

| Family name N/A | Given name | Middle initial |
|---|---|---|
| Address | | |
| Date of birth (month/day/year) | Country of birth | Citizenship |
| Social Security# | A# (if applicable) | Immigration status (If not a U.S. citizen) |

Naturalization (If applicable) (month/day/year) Place (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

Total Number of Children 1 Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| ANDREE SVETOZAR JUTICA | 11-01-89 | U.S.A. | U.S.A. | | 3701 ALABAMA AV. NE ST. PETERSBURG, FL, 33703 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



Continued on next page

Continued on back

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☒ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   - a. The Nazi Government of Germany? ☐ Yes ☒ No
   - b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No
5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☒ No

   If you have registered under the Selective Service laws, complete the following information:

   Selective Service Number:__________ Date Registered:__________

   If you registered before 1978, also provide the following:

   Local Board Number:__________ Classification:__________
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? ☐ Yes ☒ No
7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☒ No
9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☒ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen? ☐ Yes ☒ No
12. Have you ever:
    - a. been a habitual drunkard? ☐ Yes ☒ No
    - b. advocated or practiced polygamy? ☐ Yes ☒ No
    - c. been a prostitute or procured anyone for prostitution? ☐ Yes ☒ No
    - d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☒ No
    - e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No
    - f. received income from illegal gambling? ☐ Yes ☒ No
    - g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☒ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☒ No
14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State? ☐ Yes ☒ No
15. Have you ever:
    - a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No
    - b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? ☒ Yes ☐ No

If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state,** and **country,** where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

1996 Dep[illegible]

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.? ☒ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☒ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☒ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☒ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No



Continued on back

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

- NONE -

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens? ☐ One ☐ Both (Give the following about one U.S. citizen parent:) NONE

Family Name | Given Name | Middle Name

Address

Basis for citizenship: ☐ Birth ☐ Naturalization Cert. No.

Relationship to you (check one): ☐ natural parent ☐ adoptive parent ☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: *(month/day/year)* ______________

Does this parent have legal custody of you? ☐ Yes ☐ No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)*

## Part 11. Signature. *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

**Signature** [signature] **Date** 10-20-98

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.*

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

**Signature** | **Print Your Name** | **Date**

Firm Name and Address

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ______, that the corrections , numbered 1 through ______ were made at my request, and that this amended application, is true to the best of my knowledge and belief.

[signature] - RAJKO LJUTICA
*(Complete and true signature of applicant)*

Subscribed and sworn to before me by the applicant.

[signature] *(Examiner's Signature)* [date] *Date*

Immigration and Naturalization Service

**Certificate Preparation Sheet and Oath Declaration**

A # A 029512918

Daytime Phone # 212-595-3310

NAME ( If name Change ENTER new name):

Check box if there is a change of name: → ☐

RAJKO
(FIRST)

(MIDDLE)

LJUTICA
(LAST)

Date of Birth: 1 0 / 1 2 / 1 9 5 7
Month Day Complete Year

(Check Sex) MALE: ☑ FEMALE: ☐

Height: 6 (Feet) 1/2 (Inches)

Marital Status; ENTER "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): → ☐

Country of Former Nationality: FEDERAL REPUBLIC OF YUGOSLAVIA
(Enter Actual Name of Country)

# Oath of Allegiance

**HEREBY DECLARE,** on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state or sovereignty, of whom or which have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgement whereof I have hereunto affixed my signature.

[signature] 01-13-2000

Applicant's Signature (name change) Date

Form N649(Rev. 11/98)

# Exhibit L

**U.S. Department of Justice**
Immigration and Naturalization Service
Naturalization

Decision on Application for

Refer to this File No. A#**029512918**



Rajko Ljutica
~~1572 Lexington Avenue Apt 1A~~ 130 Malcolm X Blvd # ~~B~~ 705
New York, NY 10029 10029

October 9, 2001

# DECISION

On January 13, 2000 you were granted a preliminary interview before an Officer of the Immigration and Naturalization Service relating to your N-400 Application for Naturalization, filed under Section 316 of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application, it is determined that you are ineligible for Naturalization for the following reasons:

**- SEE ATTACHED -**

This decision is made without prejudice toward the filing of a new application in the future. It is noted that you will be eligible to apply for Naturalization as a United States Citizen again immediately.

**If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within 30 days of the date of this notice. If no request for a hearing is filed within the time allowed, this decision is final. A request for a hearing may be made to the District Director of the Immigration and Naturalization Service Office, which made the decision, by filing form N-336, Request for Hearing on a Decision in Naturalization Proceeding under Section 336 of the Act, together with a fee of $170.00. A brief or other written statement in support of your request may be submitted with the Request for Hearing.**

**Any questions which you have may be answered by the Service office nearest your residence, or at the address shown in the heading to this letter.**

**Sincerely,**

[signature]

**District Director**

**-CERTIFIED MAIL- DAO JP**
**(X)Enclosure(s) N-336**
**Form N-335 (rev. 10/24/91)N**

NAME: Rajko Ljutica
A#: 029512918

On November 27, 1998, you filed an Application for Naturalization on form N-400. On January 13, 2000 you presented yourself for examination before the Service.

INA Section 316.2(b) states in pertinent part:

> "The applicant shall bear the burden of establishing by a preponderance of the evidence that he or she meets all requirements for naturalization..."

INA Section 316.10(a) states in pertinent part that:

> "An applicant for naturalization bears the burden of demonstrating that, during the statutorily prescribed period, he or she has been and continues to be a person of good moral character."

INA Section 316(e) states, in pertinent part:

> In determining whether the applicant has sustained the burden of establishing good moral character and the other qualifications for citizenship specified in subsection (a) of this section the Attorney General shall not be limited to the applicant's conduct during the five years preceding the filing of the application, but may take into consideration as a basis for such determination on the applicant's conduct and acts at any time prior to that period."

INA Section 316.10(a)(2) states:

> "In accordance with Section 101(f) of the Act, the Service shall evaluate claims of good moral character on a case-by-case basis taking into account the elements enumerated in this section and the standards of the average citizen in the community of residence. The Service is not limited to reviewing the applicant's conduct during the five years immediately preceding the filing of the application, but may take into consideration, as a basis for its determination, the applicant's conduct and acts at any time prior to that period, if the conduct of the applicant during the statutory period does not reflect that there has been a reform of character from the earlier period or if the earlier conduct and acts appear relevant to a determination of the applicant's present moral character."

INA Section 316.10 (b) (2) states:

> "An applicant shall be found to lack good moral character, if during the statutory period the applicant…committed one of more crimes involving moral turpitude, other than a purely political offense, for which the applicant was convicted, except as specified in Section 212 (a)(2)(A)(ii)(LL) of the Act."

"Is or was confined to a penal institution for an aggregate of 180 days pursuant to a conviction or convictions."

Additionally, Section 316.10(b)(3) (iii) states:

"An applicant shall be found to lack good moral character, if the applicant has committed unlawful acts that adversely reflect upon the applicant's moral character, or was convicted or imprisoned for such acts, although the acts do not fall within the purview of Sec. 316.10 (b) (1) or (2).

Your interview began on January 13, 2000 with the administration of the prescribed oath.

During your interview you admitted to numerous arrests involving crimes of moral turpitude.

- December 23, 1991-North Miami Beach, Florida arrested for Bank Fraud and sentenced on December 16, 1993 to a 16 month prison sentence and 2 years supervised release after the sentence has been served
- April 29, 1991-Arrested by the Metro Dade Police Department for Auto Theft
- January 16, 1992-Arrested for Bank Fraud in New York.
- January 26, 1994-Arrested for Bank Fraud in Petersburg, Virginia and sentenced to 16 months in prison and 2 years supervised release on February 21, 1995

**Upon return of your N-14 (request for documentation) it was noted that the dispositions for the 1992 and 1994 arrests were not included.**

8 CFR. Section 103.2 (b) (11) and (13) states:

(11) **"Submission of evidence in response to a Service request**. All evidence submitted in response to a Service request must be submitted at one time. The submission of only some of the requested evidence will be considered a request for a decision based on the record."

(13) **"Effect of failure to respond to a request for evidence or appearance.** If all requested initial evidence and requested additional evidence is not submitted by the required date, the application shall…be denied."

You have not established your eligibility for citizenship under the provisions of Section 316 of the Act, *supra*. **Therefore, your application is denied.** This denial is without prejudice to your filing an application for citizenship when you become eligible under the applicable provisions of the Act.

# Exhibit M



U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
26 Federal Plaza # 7TH Fl Room 7700
New York, NY 10278

**U.S. Department of Justice**
***Immigration and Naturalization Service***

---

Rajko Ljutica
130 Malcolm X Blvd. # 705
New York, NY 10029

**Alien Number:** A 029 512 918
**Date:** 10/18/02

## DECISION ON REVIEW OF DENIAL OF NATURALIZATION APPLICATION

The record shows a submitted Request for Hearing on a Decision in Naturalization Proceedings Under Section 336 on the Act that was filed on November 29, 2001.

Upon consideration, it is determined that the decision previously entered into the record shall be upheld, albeit for a different reason, and that the application of record is denied in that:

8 CFR Section 316.2 (b) states that the

> "applicant shall bear the burden of establishing by preponderance of evidence that he or she meets all the requirements for naturalization…"

General requirements for naturalization, as stated in 8 CFR Section 316.2 (a), state, in part, that an alien must establish that he or she:

> (7) For all relevant time periods under this paragraph, has been and continues to be a person of good moral character, attached to the principles of the Constitution of the United States, and favorably disposed toward the good order and happiness of the United States,

Section 316.10 (b) of 8 CFR further addresses good moral character by specifying, in part, that:

> (1)An applicant shall be found to lack good moral character, if the applicant has been:…
> (ii) Convicted of an aggravated felony as defined in section 101 (a)(43) of the Act on or after November 29, 1990.

Section 101 (a) of the INA states in pertinent part that:

> 43 (43) The term "aggravated felony" means
> (M) an offense that
> (i) involves fraud or deceit in which the loss to the victim or victims exceeds $10,000…

On January 13, 2000, your hearing for naturalization began with the prescribed oath. During the hearing, it was discovered, and believed by the interviewing officer, that you had been arrested at least four times. Because you had been arrested, the officer requested court dispositions for all of your arrests, among other items. You were instructed to submit the requested evidence to the Service by February 29, 2000.

You did submit some evidence within the requested time, however, you failed to provide the Service with all of the requested information. Among the evidence submitted was a court record for your 1991 arrest for theft of a vehicle, and a "Certification of Criminal Disposition" for your 1991 arrest for bank fraud. You did not, however, submit dispositions for what the interviewing officer believed were arrests for bank fraud in 1992 and 1994. Since you did not submit court dispositions or other information for the 1992 and 1994 arrests, your Application for Naturalization was denied on October 9, 2001. Pursuant to Section 336 (a) of the Act, you were allowed to file form N-336, Request for Hearing on a Decision in Naturalization Proceedings, which you did.

AGG. FELON

On April 25, 2002, you appeared for a hearing regarding your Request for Hearing on a Decision in Naturalization Proceedings. At the hearing the Service reviewed a brief, submitted by your attorney, that explained, in part, that instead of being an actual arrest, the incident in 1992 was actually when you appeared in court in New York for your 1991 arrest for bank fraud. The brief also explained that instead of being an arrest, the incident in 1994 was actually when you were transferred to a prison facility in Virginia.

Also addressed at the hearing were your two 1991 arrests. Your first arrest in 1991, for theft of a vehicle, was never prosecuted. Your second 1991arrest was for bank fraud. Your involvement in the bank fraud was having your wife at the time, Jillian Nuttbrock, attempt to wire transfer over $470,000 from accounts at Paine Webber, where she worked, to an account at Manufacturers Hanover Trust that was under your name. On May 26, 1993, you pled guilty to bank fraud related to the aforementioned charge. On December 17, 1993, you were convicted and sentenced to spend 16 months in jail and to serve two years under supervised release. For this conviction, you spent over one year in jail.

According to Section 101 (a)(43)(M)(i) of the INA, stated above, your conviction for bank fraud in 1993, regardless of whether or not Paine Webber or its customers lost any money, constitutes an aggravated felony. **Having been convicted of an aggravated felony, you are precluded from ever establishing good moral character,** pursuant to 8 CFR 316.10 (b)(1)(ii), stated above. Since you are unable to meet the requirement of good moral character, required under Section 316.2 (a) of 8 CFR, the application of record is denied and the decision to deny your Application for Naturalization remains unchanged.

Section 310 (c) of the Immigration and Nationality Act states:

> "A person whose application for naturalization under this title is denied, after a hearing before an immigration officer under section 336 (a), may seek review of such denial before the United States district court for the district in which such person resides within a period of not more than 120 days after the Service's determination, in accordance with chapter 7 of title 5, United States Code, 8 CFR 336.9. Such review shall be de novo, and the court shall make its own findings of fact and conclusions of law and shall, at the request of the petitioner, conduct a hearing de novo on the application."

Sincerely,

Edward J. McElroy
District Director

Certified Mail/RJM
cc: Attorney Henner

# Exhibit N

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

**Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.**

Write your INS "A"- number here:
A 0 2 9 5 1 2 9 1 8

**FOR INS USE ONLY**

Bar Code: ESC*001397382 ESC$001370717 03/30/2005

Date Stamp: INS/VSC ST. ALBANS, VT 05479-0001 204 RECEIVED CENTER DIRECTOR 2005 MAR 28 PM 6:55 VT24200

Remarks: no ARC/PRC VT24200 3-29-05 No Photo VT24200 3-29-05

Action: Denied RM 9/18/6

## Part 1. Your Name *(The Person Applying for Naturalization)*

A. Your current legal name.

Family Name *(Last Name)*: Ljutica

Given Name *(First Name)*: Rajko

Full Middle Name *(If applicable)*: n/a

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*: Ljutica

Given Name *(First Name)*: Rajko

Full Middle Name *(If applicable)*: n/a

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| n/a | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name? ☐ Yes ☑ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*:

Given Name *(First Name)*:

Full Middle Name:

## Part 2. Information About Your Eligibility *(Check Only One)*

I am at least 18 years old **AND**

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)*

**Part 3. Information About You**

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

A. Social Security Number: 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

B. Date of Birth *(Month/Day/Year)*: 1 0 / 1 2 / 1 9 5 7

C. Date You Became a Permanent Resident *(Month/Day/Year)*: 1 1 / 0 9 / 1 9 8 8

D. Country of Birth: Yugoslavia

E. Country of Nationality: Yugoslavia

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)* ☐ Yes ☑ No

G. What is your current marital status? ☐ Single, Never Married ☐ Married ☑ Divorced ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* ______

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application? ☐ Yes ☑ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)* ☐ Yes ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: ______

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: ______

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*: 130 Malcolm X Blvd LENOX AVE (1)

Apartment Number: 705

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| New York | Bronx | New York | 10029 | USA |

B. Care of: Drobenko & Associates

Mailing Address - Street Number and Name *(If different from home address)*: 25-84 Steinway Street

Apartment Number:

| City | State | ZIP Code | Country |
|---|---|---|---|
| Astoria | New York | 11103 | USA |

C. Daytime Phone Number *(If any)*: (718 ) 721-2000

Evening Phone Number *(If any)*: (718 ) 721-2000

E-mail Address *(If any)*:

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

**Note:** The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☑ Male ☐ Female

B. Height

6 Feet 2.0 Inches

C. Weight

215.0 Pounds

D. Are you Hispanic or Latino? ☐ Yes ☑ No

E. Race *(Select one or more.)*

☑ White ☐ Asian ☐ Black or African American ☐ American Indian or Alaskan Native ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☑ Black ☐ Brown ☐ Blonde ☐ Gray ☐ White ☐ Red ☐ Sandy ☐ Bald (No Hair)

G. Eye color

☑ Brown ☐ Blue ☐ Green ☐ Hazel ☐ Gray ☐ Black ☐ Pink ☐ Maroon ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 09/2001 | Present |
| 609 Columbus Ave, N.Y., N.Y. 10024 | 04/1999 | 09/2001 |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* From | To | Your Occupation |
|---|---|---|---|---|
| Ben's Limo Service | 11-01 43rd Ave, L.I.C., NY, 11101 | 09/2003 | 10/12 2005 | Limo Driver |
| Carey International | 27-10 49th Ave, L.I.C., NY,11101 | 08/2000 | 08/2003 | Limo Driver |
| unemployed | | 03/2000 | 07/2000 | unemployed |
| UNIVERSAL LIMOUSINE SERVICE | 50 20TH STREET BROOKLYN, NY | 10/18 2005 | PRESENT | LIMO DRIVER |
| | | __/____ | __/____ | |

**Part 7. Time Outside the United States**
***(Including Trips to Canada, Mexico, and the Caribbean Islands)***

Write your INS "A"- number here:
A 0 2 9 5 1 2 9 1 8

A. How many total days did you spend outside of the United States during the past 5 years? 97 days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years? 3 trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 12/02/2002 | 01/10/2003 | ☐ Yes ☑ No | Yugoslavia | 22 |
| 08/01/2003 | 09/15/2003 | ☐ Yes ☑ No | Yugoslavia | 45 |
| 07/29/2004 | 08/29/2004 | ☐ Yes ☑ No | Yugoslavia | 30 |
| 07/29/2005 | 09/06/2005 | ☐ Yes ☑ No | SRBIJA & MONTENEGRO (YUGOSLAVIA) | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |
| / / | / / | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)? 1 If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)* Given Name *(First Name)* Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)* __/__/____ 3. Date of Marriage *(Month/Day/Year)* __/__/____ 4. Spouse's Social Security Number ___-__-____

5. Home Address - Street Number and Name Apartment Number

City State ZIP Code

**Part 8. Information About Your Marital History** ***(Continued)***

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

C. Is your spouse a U.S. citizen? ☐ Yes ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen? ☐ At Birth ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen: __ __/__ __/__ __ __ __

3. Place your spouse became a U.S. citizen *(Please see Instructions)*: ______ City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship: ______

2. Spouse's INS "A"- Number *(If applicable)*: A __ __ __ __ __ __ __ __ __

3. Spouse's Immigration Status: ☐ Lawful Permanent Resident ☐ Other ______

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| Nuttbrock | Jillian | n/a |

2. Prior Spouse's Immigration Status: ☑ U.S. Citizen ☐ Lawful Permanent Resident ☐ Other ______

3. Date of Marriage *(Month/Day/Year)*: 06/08/1988

4. Date Marriage Ended *(Month/Day/Year)*: 02/04/1994

5. How Marriage Ended: ☑ Divorce ☐ Spouse Died ☐ Other ______

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| | | |

2. Prior Spouse's Immigration Status: ☐ U.S. Citizen ☐ Lawful Permanent Resident ☐ Other ______

3. Date of Marriage *(Month/Day/Year)*: __ __/__ __/__ __ __ __

4. Date Marriage Ended *(Month/Day/Year)*: __ __/__ __/__ __ __ __

5. How Marriage Ended: ☐ Divorce ☐ Spouse Died ☐ Other ______

**Part 9. Information About Your Children**

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions. 1

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Andre Svetozae Ljutica | 11/01/1989 | A n / a | USA | 546 Waite Road, Rexford, N.Y. 12148 |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |
| | / / | A | | |

App't stated one dep. stepchild [illegible]

**Part 10. Additional Questions**

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☑ No
2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☑ No
3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☑ No
4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☑ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☑ No

**Part 10. Additional Questions *(Continued)***

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place? ☐ Yes ☑ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party? ☐ Yes ☑ No

b. Any other totalitarian party? ☐ Yes ☑ No

c. A terrorist organization? ☐ Yes ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence? ☐ Yes ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion? ☐ Yes ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany? ☐ Yes ☑ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany? ☐ Yes ☑ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? ☐ Yes ☑ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return? ☐ Yes ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"? ☐ Yes ☑ No

**Part 10. Additional Questions *(Continued)***

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

**D. Good Moral Character**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☑ Yes ☐ No

17. Have you **EVER** been charged with committing any crime or offense? ☑ Yes ☐ No

18. Have you **EVER** been convicted of a crime or offense? ☑ Yes ☐ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☑ Yes ☐ No

21. Have you **EVER** been in jail or prison? ☑ Yes ☐ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| Bank Fraud | 04/26/1990 | N.Y., N.Y., USA | Conviction/incarc./probatio |
| Grand Theft Auto | 04/30/1991 | Dade County, Florida, | unknown |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:
   a. been a habitual drunkard? ☐ Yes ☑ No
   b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No
   c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No
   d. been married to more than one person at the same time? ☐ Yes ☑ No
   e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No
   f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No
   g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

**Part 10. Additional Questions *(Continued)***

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

**E. Removal, Exclusion, and Deportation Proceedings**

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☑ Yes ☐ No

**F. Military Service**

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☑ No

**G. Selective Service Registration**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) ______ Selective Service Number __ __ / __ __ __ __ __ __ / __

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements** *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☑ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☑ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☑ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☑ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☑ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No

**Part 11. Your Signature**

Write your INS "A"- number here: A 0 2 9 5 1 2 9 1 8

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature: X [signature]

Date *(Month/Day/Year)*: 03/14/2005

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name: Walter Drobenko

Preparer's Signature: [signature]

Date *(Month/Day/Year)*: 03/22/2005

Preparer's Firm or Organization Name *(If applicable)*: Drobenko + Associates, P.C.

Preparer's Daytime Phone Number: (718) 721-2000

Preparer's Address - Street Number and Name: 25-84 Steinway St

City: Astoria

State: NY

ZIP Code: 11103

**Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So**

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through 9 and the evidence submitted by me numbered pages 1 through 0, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me: KARL WENGENROTH

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*: 28 NOV 2005

Complete Signature of Applicant: X [signature]

Officer's Signature: [signature]

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant: RAJKO LJUTICA

Complete Signature of Applicant: X [signature]