## CERTIFICATE OF SERVICE

      I, Kristin L. Vassallo, an Assistant United States Attorney for the Southern District of New York, hereby certify that on October 1, 2007, I caused a copy of the foregoing Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, and Defendants' Response to Plaintiff's Statement of Undisputed Facts to be served by Federal Express upon the following individual:

    Walter Drobenko, Esq.
    Drobenko & Associates, P.C.
    Attorneys for Plaintiff
    25-84 Steinway Street
    Astoria, New York 11103

Dated:   New York, New York
           October 1, 2007

                                         /s/ Kristin L. Vassallo
                                        KRISTIN L. VASSALLO
                                        Assistant United States Attorney