MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: MICHAEL J. GARCIA
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2822
Facsimile: (212) 637-2730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
RAJKO LJUTICA,                                      :
                                                    :      Electronically Filed
                         Plaintiff,                 :
                                                    :
                                                    :
              v.                                    :      07 Civ. 6129 (JSR)
                                                    :
                                                    :
ALBERTO R. GONZALES, U.S. Attorney                  :      **DEFENDANTS' RESPONSE TO**
General, MICHAEL CHERTOFF, Secretary,               :      **PLAINTIFF'S STATEMENT OF**
Department Homeland Security, EDUARDO               :      **UNDISPUTED FACTS**
AGUIRRE, Director, U.S. Citizenship and             :
Immigration Services, ANDREA J.                     :
QUARANTILLO, Field Office Director, New             :
York,                                               :
                                                    :
                         Defendants.                :
-------------------------------------------------------- x

        Pursuant to Rule 56.1(b) of the Local Civil Rules of the United States District Court for

the Southern District of New York, Alberto R. Gonzales, Attorney General, Michael Chertoff,

Secretary of the Department of Homeland Security, Dr. Emilio T. Gonzalez, Director, United

States Citizenship and Immigration Services ("CIS"),[1] and Andrea J. Quarantillo, Field Office

---

[1] Eduardo Aguirre, originally named as a defendant in this lawsuit, is no longer the
Director of CIS. Pursuant to Fed. R. Civ. P. 25(d), Dr. Emilio Gonzalez, the present Director, is
automatically substituted for Mr. Aguirre as a defendant.

Director, New York, respond to plaintiff Rajko Ljutica's statement of undisputed facts[2] as follows:

4.      Admit that Ljutica was charged with conspiracy to commit bank fraud and attempted bank fraud, in violation of 18 U.S.C. §§ 371 and 1344 and 2.  Admit that Ljutica pleaded guilty to attempted bank fraud on May 26, 1993.  Admit that on December 16, 1993, the Honorable Shirley Wohl Kram sentenced Ljutica to 16 months in prison and two years of supervised release, and imposed a special assessment of $50.00.  Deny that Ljutica was arrested on April 26, 1990 or that he pleaded guilty on December 16, 1993.  See Declaration of Kristin Vassallo, dated September 17, 2007 ("Vassallo Decl."), Exhibit E (Judgment of Conviction) (noting date of arrest warrant); Exhibit H (Plea Transcript); Exhibit M (Decision on Review of Denial of Naturalization Application) (stating that Ljutica was arrested on bank fraud charges in 1991).

5.      Admit.

6.      Admit that on April 29, 1996, Immigration Judge Matthew Adrian granted Ljutica's application for a waiver of deportation under INA § 212(c).  Deny that Judge Adrian granted Ljutica permanent residency on April 19, 1996.  See Vassallo Decl., Exhibit D (Notice of Removal of Conditional Basis of Lawful Permanent Residence) (stating that Ljutica is "deemed to be a lawful permanent resident of the United States as of the date of [his] original admission").

_____

[2] At the time he filed his summary judgment motion, Ljutica did not file a separate statement of undisputed facts citing to record evidence, as required by Local Civil Rule 56.1. Nonetheless, defendants hereby respond to the listing of "Undiputed Facts" set forth in paragraphs 4 to 17 of Plaintiff's Motion for Summary Judgment.  Should Ljutica file a Statement of Undisputed Facts that differs from the factual recitation contained in these paragraphs, defendants respectfully request an opportunity to respond.

7.     Admit that on October 23, 1998, the Immigration and Naturalization Service ("INS") received Ljutica's application for naturalization.  Admit that Ljutica had a preliminary interview on his application on January 13, 2000.  Deny that Ljutica first submitted the application on January 13, 2000.  See Vassallo Decl., Exhibit K (Application for Naturalization) (showing date of receipt as October 23, 1998).

8.     Admit that in a decision dated October 9, 2001, INS denied Ljutica's application for naturalization.  See Vassallo Decl., Exhibit L (Decision, dated October 9, 2001).

9.     Admit.

10.    Admit that on March 28, 2005, CIS received Ljutica's second application for naturalization.  See Vassallo Decl., Exhibit N (Application for Naturalization) (showing date of receipt).

11.    Admit.

12.    Admit.

13.    Admit.

14.    Admit.

15.    Admit.

16.     Admit.

17.     Admit.

Dated: New York, New York
      October 1, 2007

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York

By:      /s/ Kristin L. Vassallo
                      KRISTIN L. VASSALLO
                      Assistant United States Attorney
                      86 Chambers Street
                      New York, New York  10007
                      Tel.: (212) 637-2822
                      Fax: (212) 637-2730