UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
RAJKO LJUTICA,                                      :
                                                    :    Electronically Filed
                    Plaintiff,                      :
                                                    :    07 Civ. 6129 (JSR)
            v.                                      :
                                                    :    **PLAINTIFF'S RESPONSE**
ALBERTO R. GONZALES, U.S. Attorney General,         :    **TO DEFENDANTS'**
MICHAEL CHERTOFF, Secretary Department of           :    **STATEMENT OF**
Homeland Security, EDUARDO AGUIRRE, Director,       :    **UNDISPUTED FACTS**
U.S. Citizenship & Immigration Services, ANDREA J.  :
QUARANTILLO, Field Office Director, New York,       :
                                                    :
                    Defendants.                     :
------------------------------------------------------x

Pursuant to Rule 56.1(b) of the Local Civil Rules of the United States District Court for the

Southern District of New York, Rajko Ljutica plaintiff responds to statement of undisputed facts

as follows:

1.  Deny that Plaintiff was charged with Attempted Bank Fraud

2.  Admit that on May 26, 1993, Ljutica entered into a plea agreement with the

government on count two of the indictment. Deny that the plea was for attempted

bank fraud, in satisfaction of the charges against him. See Plea Agreement, dated

May 26, 1993.

3.  Deny, that Ljutica stipulated that "an acceptable method of determining 'loss'

figure [under the federal Sentencing Guidelines] is $475,025.25, the amount the

defendants would have realized had the scheme charged in Count Two been

successful."

4.  Admit

5. Admit

6. Admit

7. Admit

8. Admit

9. Admit

Dated: Astoria, New York
October 8, 2007

Respectfully submitted.

By: /s/ Walter Drobenko
Walter Drobenko, Esq.
Drobenko & Associates, P.C.
25-84 Steinway Street
Astoria, N.Y. 11103
(718) 721-2000