**CERTIFICATE OF SERVICE**

      I, Kristin L. Vassallo, an Assistant United States Attorney for the Southern District of New York, hereby certify that on October 8, 2007, I caused a copy of the foregoing Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment to be served by Federal Express upon the following individual:

Walter Drobenko, Esq.
Drobenko & Associates, P.C.
Attorneys for Plaintiff
25-84 Steinway Street
Astoria, New York 11103

Dated:   New York, New York
           October 8, 2007

                                        /s/ Kristin L. Vassallo
                                       KRISTIN L. VASSALLO
                                       Assistant United States Attorney