```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAJKO LJUTICA,

                Plaintiff,                    07 CIVIL 6129 (JSR)

    -against-                                **JUDGMENT**

MICHAEL B. MUKASEY, et al.,
                Defendants.
------------------------------------------------------------X

       Both sides having moved for summary judgment, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on November 19, 2007, having rendered its Memorandum Order granting defendants' motion for summary judgment, denying plaintiff's cross-motion, and dismissing the complaint with prejudice, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 19, 2007, defendants' motion for summary judgment is granted; plaintiff's cross-motion for summary judgment is denied; and the complaint is dismissed with prejudice.

**Dated:** New York, New York
           December 3, 2007

                                                        **J. MICHAEL McMAHON**
                                                           Clerk of Court
                                 **BY:**
                                                            **Deputy Clerk**

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____