UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

Rajko Ljutica,

        Plaintiff,

   -against-

Michael B. Mukasey[1], U.S. Attorney General; Michael
Chertoff, Secretary, Department of Homeland Security;
Eduardo Aguirre, Director, U.S. Citizenship & Immigration
Services; Andrea J. Quarantillo, Field Office Director,
New York USCIS.

        Defendants.

------------------------------------X

Case Number: 07 Civ. 6129

NOTICE OF APPEAL

DEC 17 2007

Notice is hereby given that Rajko Ljutica, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order granting the defendants' summary judgement entered in this action on November 19 2007.

Dated: December 17, 2007
       Astoria, N.Y.

Drobenko & Associates, P.C.

_/s/ Walter Drobenko_

Walter Drobenko, Esq.
Attorneys for Plaintiff
25-84 Steinway Street
Astoria, N.Y. 11103
(718) 721-2000

---

[1] Pursuant to Federal Rule of Civil Procedure 25 (d), Attorney General Michael B. Mukasey is automatically substituted for former Attorney General Alberto Gonzalez as a defendant in this case.